HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR 97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **SUSAN M. POMERANTZ,** | Case No. 1:24-cv-00920-CL |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER,** **SOCIAL SECURITY ADMINISTRATION** | ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES |
| Defendant. | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, an attorney fee in the amount of $10,073.60 is awarded to Plaintiff, and filing costs of $405 for the filing fee, to be paid separately from the Judgment Fund, pursuant to 28 U.S.C. §1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES — Page 1

shall be made via Electronic Funds Transfer (EFT) or check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this ___6___ day of May, 2025.

_____
MARK D. CLARKE
United States Magistrate Judge

Submitted on May 4, 2025
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff